MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Constance Jeanette Crawley and Clarence Leroy Crawley

Chapter 7 Case No. 08-46096

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Tiemann Building Services, Inc. | 1 | | $ 1.62 |
| Target National Bank | 2 | | 1.71 |
| Kate-Lo Tile | 4 | | 4.14 |
| Fairview | 5 | | 0.21 |
| PYOD LLC | 8 | | 1.74 |
| Holmquist Lumber Co. | 10 | | 2.92 |
| Charter Media-Central Division | 12 | | 1.55 |
| Clayco Enterprises, Inc. | 14 | | 1.49 |
| Pro Resources Corporation | 16 | | 4.50 |
| eCAST Settlement Corp. | 22 | | 2.36 |
| Recovery Management Systems Corp. | 25 | | 2.23 |
| Recovery Management Systems Corp. | 27 | | 2.05 |
| Dept. of the Treasury - Internal Revenue Service | 23-3B | | 1.60 |
| Total | | | $28.12 |

Date: October 20, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN 55402
(612) 332-8871  #63538